## ORDER

PER CURIAM.

On April 8, 1999 James Holt was charged by information with five counts of the class C felony of assault in the second degree, § 565.060 RSMo 2000, for allegedly attempting to run over five police officers with a vehicle. On June 20, 2000 he was found not guilty on the counts of assault against four officers, but found guilty of assault in the second degree against one of the officers. Holt was sentenced to fifteen years' imprisonment as a prior and persistent offender. Holt appeals, alleging that the prosecutor misstated facts in closing argument, that the verdict was inconsistent, and that the trial court erred in various evidentiary and instructional rulings.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 30.25(b).

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Movant Yusaf Williams appeals the judgment denying his Rule 24.035 motion for postconviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Yusaf WILLIAMS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. ED 78630.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 2001.

Jeffrey Dale BOYD, Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. 23868.

Missouri Court of Appeals,
Southern District,
Division One.

May 9, 2001.